PER CURIAM.

(No. 74-CC-405—Claimant )

CORD MOVING AND STORAGE, Claimant, *vs.* STATE OF ILLINOIS,
ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed February 28, 1974.*

CORD MOVING AND STORAGE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.